OPINION OF THE COURT
 

 On summary consideration, order affirmed, without costs. There is substantial evidence to support the commissioner’s determination that petitioner’s failure to accept his work referral was without good cause (see
 
 Matter of Purdy v Kreisberg,
 
 47 NY2d 354, 358). The asserted evidentiary errors have not been preserved for judicial review because of the absence of a specific objection or request for an adjournment to remedy the asserted defects
 
 (Matter of Sowa v Looney,
 
 23 NY2d 329, 333;
 
 Matter of Leogrande v State Liq. Auth.,
 
 19 NY2d 418, 423).
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.